AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| David Jonmar Clay | ) Case No.  2:23-mj- 1061 TRR |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2023__ in the counties of __Lee__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Conviction Felon |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA Special Agent Ryan C. Natichioni
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 04/06/2023

_____
Judge's signature

City and state: Fort Myers, FL          Timothy R. Rice, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Ryan C. Natichioni, being duly sworn, attest and affirm the following:

## INTRODUCTION

1. I am a Special Agent (SA) with the Drug Enforcement Administration (DEA), United States Department of Justice, and have served in that capacity since January 2013. I am currently assigned to the DEA's Miami Field Division, Fort Myers Enforcement Group One. As a DEA SA, I am an "investigator or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516(1).

2. As a DEA SA, I conduct proactive federal criminal investigations of suspected narcotics trafficking and related offenses, including the distribution of controlled substances, possession with the intent to distribute controlled substances, and conspiracies and attempts to commit the aforementioned offenses. I have received specialized training in narcotics identification, street-level drug trafficking, surveillance, organized crime, and drug abatement techniques. I have been personally involved in investigations concerning the possession, manufacture, and distribution of controlled substances, including cocaine, heroin, marijuana, methamphetamine, and fentanyl. During the course of my law enforcement career, I have arrested individuals for various drug violations and have spoken with drug dealers, gang members, and informants concerning the methods and practices of drug traffickers. I have been involved in dozens of narcotics related arrests, and I am

familiar with street terminology and how controlled substances are packaged, sold, smuggled, and transported. Additionally, I conducted numerous federal investigations concerning the unlawful possession of firearms.

3. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging **David Jonmar CLAY** ("**CLAY**") with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1), on or about April 5, 2023.

4. The statements contained in this Affidavit are based upon my own personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records obtained during the course of this investigation. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of a criminal complaint as requested herein.

## PROBABLE CAUSE

5. On April 5, 2023, at approximately 2:00 PM, the DEA Fort Myers Residence Office (FMRO) established surveillance on Silvio Cabanes-Petiton in Lehigh Acres, Florida, in anticipation of a planned buy/bust operation involving an undercover (UC) law enforcement officer attempting to acquire two pounds of methamphetamine, a Schedule I Controlled Substance, from Cabanes later in the afternoon.

6. At approximately 2:40 PM, agents and task force officers observed Cabanes meet with **CLAY** at a public location in Lehigh Acres. Agents surmised at

2

that time that **CLAY** was Cabanes' source of supply for the methamphetamine, and the meeting was taking place for the purpose of the negotiating the details of the pending drug deal with the UC. During the meeting, **CLAY** was alone and driving a silver 2011 Mazda CX-7 SUV, and Cabanes was driving a vehicle registered to Lisnaybet Abad-Dominguez, who is believed to be Cabanes's girlfriend. After the meeting, Cabanes and **CLAY** departed in their respective vehicles, with **CLAY** leading and Cabanes following. Cabanes drove directly to the planned meeting location for the drug deal, a shopping center located in the 5700 block of Lee Boulevard in Fort Myers, Florida, with **CLAY** nearby. Upon arrival, Agents observed Cabanes get out of his vehicle and briefly enter the passenger seat of **CLAY**'s vehicle, before returning to his own vehicle. Cabanes then proceeded on foot towards the area where he believed the UC to be parked. During this time, **CLAY** drove slowly behind Cabanes as he walked through the parking lot.

7. As **CLAY** was following Cabanes, he observed a DEA surveillance unit near the take-down area and immediately accelerated, fleeing the parking lot at a high rate of speed. Three separate DEA Official Government Vehicles (OGV) gave chase with lights and siren activated. **CLAY** sped directly to the intersection of Silver Birch Way and River Trent Court, making the turn onto River Trent Court. **CLAY** then intentionally collided with a DEA OGV which disabled his vehicle. **CLAY** then exited his vehicle in a violent, aggressive manner and refused to comply

with verbal commands to surrender. A reasonable amount of physical force then had to be used to bring **CLAY** under control so that he could be placed under arrest.

8. During the on-scene investigation, Special Agent Purdy was made aware by Task Force Officer (TFO) Eric Reitler that the resident of nearby 8339 Silver Birch Way had just flagged down a Fort Myers Police Department uniformed officer to report that she had just found a pistol in her front lawn near the sidewalk while children were exiting the school bus and walking past her house. TFO Reitler made contact with the resident and collected the firearm, identified as a Glock Model 36 .45 caliber semi-automatic firearm bearing S/N BABL931. The firearm was lying in the grass, unholstered, with a partially loaded magazine containing six rounds of ammunition, and one round chambered. TFO Reitler then reviewed the resident's exterior security camera footage which captured and recorded **CLAY**'s silver Mazda round the corner of Silver Birch Way and River Trent Court, and a firearm could be clearly observed being thrown from the front passenger window in the process. The video then shows a DEA OGV in pursuit seconds later, moments before the collision occurred.

9. Post-*Miranda*, **CLAY** invoked his right to counsel and refused to answer any questions. An NCIC computerized criminal history (CCH) query revealed that **CLAY** is a convicted felon, prohibited from possessing firearms or ammunition, having previously been convicted of Grand Theft of a Motor Vehicle, Florida State

4

Statute 812.014, on January 7, 2010, in Lee County Florida. Your Affiant has also reviewed a copy of the judgment and sentence related to felony conviction.

10. On April 5, 2023, ATF Firearms Specialist Thomas "Jordan" Mileshko examined images of the recovered Glock firearm and determined that it was manufactured outside of the State of Florida and would have traveled through interstate commerce.

## CONCLUSION

11. Based on the above facts, I respectfully submit that there is probable cause to support a criminal complaint charging David Jonmar **CLAY** with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1), on or about April 5, 2023.

Ryan C. Natichioni
Special Agent
Drug Enforcement Administration

Subscribed and sworn before me
by telephone this  6th  day of
April, 2023.

TIMOTHY R. RICE
United States Magistrate Judge

5